United States District Court
For the Northern District of California

1
2
3
4
5                             UNITED STATES DISTRICT COURT
6                           NORTHERN DISTRICT OF CALIFORNIA
7
8   CHARLES STEVENSON,                          No. C 12-2497 SI (pr)
9              Plaintiff,                       **ORDER EXTENDING DEADLINE**
10     v.
11  SAN FRANCISCO COUNTY JAIL
    MEDICAL SERVICES; et al.,
12
               Defendants.
13                                         /
14
        Plaintiff's request for an extension of time to file his complaint is GRANTED. (Docket
15
    # 8.) Plaintiff must file his amended complaint no later than **February 15, 2013**. No further
16
    extensions will be granted because plaintiff will have had more than four months to prepare his
17
    amended complaint by the time the deadline arrives. Failure to file the amended complaint by
18
    the deadline will result in the dismissal of this action.
19
        IT IS SO ORDERED.
20
    Dated: January 22, 2013                          _____
21                                                   SUSAN ILLSTON
22                                                   United States District Judge
23
24
25
26
27
28