UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENSON, | No. C 12-2497 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| SAN FRANCISCO COUNTY JAIL MEDICAL SERVICES; et al., | |
| Defendants. | |

Plaintiff's request for an extension of time to file his complaint is GRANTED. (Docket # 8.) Plaintiff must file his amended complaint no later than **February 15, 2013**. No further extensions will be granted because plaintiff will have had more than four months to prepare his amended complaint by the time the deadline arrives. Failure to file the amended complaint by the deadline will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: January 22, 2013

_____
SUSAN ILLSTON
United States District Judge