**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES STEVENSON,            No. C 12-2497 SI (pr)

    Plaintiff,                     **ORDER OF DISMISSAL**

    v.

SAN FRANCISCO COUNTY JAIL
MEDICAL SERVICES; et al.,

    Defendants.
                                    /

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint and dismissed it with leave to amend to cure several deficiencies. Docket # 5. The order of dismissal with leave to amend set a deadline of October 5, 2012 for plaintiff to file his amended complaint. Plaintiff later requested and obtained an extension of the deadline to February 15, 2013. Plaintiff did not file an amended complaint and the deadline by which to file an amended complaint has long passed. Accordingly, this action is dismissed for failure to comply with the court's order to file an amended complaint that cures the deficiencies in the complaint.

IT IS SO ORDERED.

Dated: May 2, 2013                              _____
                                                                        SUSAN ILLSTON
                                                                        United States District Judge