**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVENSON, | No. C 12-2497 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN FRANCISCO COUNTY JAIL MEDICAL SERVICES; et al., | |
| Defendants. | |

This action is dismissed because plaintiff ailed to comply with the court's order to file an amended complaint that cures the deficiencies in the complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 2, 2013

_____
SUSAN ILLSTON
United States District Judge